UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 06-307 |
| Plaintiff, | : | JUDGE CHRISTOPHER A. BOYKO |
| | : | |
| v. | : | |
| | : | |
| Jamiere Marrow | : | |
| | : | ORDER |
| | : | |
| Defendant. | : | |

:

This matter comes before the Court on Defendant's Motion For Continuance of Suppression Hearing and Trial Dates Based on the Interests of Justice. The Government does not object. For the reasons which follow, the Court grants the Motion.

The Court is granting the continuance because Defendant retained new counsel on September 22,2006 the day of the initially scheduled Suppression Hearing.

The Court recognizes that counsel needs time to analyze the case, conduct discovery, discuss options with the Defendant and the Government and otherwise prepare for trial. However, the Court, absent this Motion did not want to violate Defendant's and the public's right to a speedy trial.

The Defendant has understandably moved for a continuance to avoid a "miscarriage of justice" by allowing the Defendant and counsel "reasonable time necessary for effective preparation..." See 18 U.S.C. §3161 (h)(8)(B)(i) and (iv). See also, United States v. Zedner, 126 S.Ct. 1976(2006).

For the foregoing reasons, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(B)(8)(A).

IT IS SO ORDERED.

/s/ Christopher A. Boyko

CHRISTOPHER A. BOYKO

UNITED STATES DISTRICT JUDGE

DATED:10/18/2006