UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR307 |
| Plaintiff(s), | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| JAMEIRE MARROW, | ) | ORDER |
| Defendant(s). | ) | |

On September 14, 2007, Defendant, through counsel, filed "Motion for Jail Time Credit," (ECF Doc. No. 32). Defendant requests jail time credit for all time held in Federal custody in the above captioned matter.

The Defendant was housed with the Ohio Department of Rehabilitation and Corrections prior to a writ issued to the U.S. Marshal Service for defendant's appearance for Arraignment on July 31, 2006. The Defendant has been detained in Federal custody since July 31, 2006.

Therefore, the Court grants Defendants' motion and ORDERS Defendant receive credit for time served as of July 31, 2006.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
United States District Court Judge

September 24, 2007