IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 5:06CR307 |
| Plaintiff, | ) | |
| | ) | Judge Christopher A. Boyko |
| v. | ) | |
| JAMEIRE A. MARROW, | ) | |
| Defendant. | ) | O R D E R |

AND NOW, to wit, this 28th day of May, 2008, the Court having considered the motion of the government to destroy specified firearm and ammunition, and the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that officers of the Copley Police Department shall forthwith destroy the following property:

1 Smith and Wesson, model 15-3 .38 caliber revolver, serial number 19K5582;

18 .25 caliber bullets;

and 3 .38 special cartridges.

FILED
MAY 28 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

cc: United States Attorney